UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALLEN CHERIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:15-CV-2785-G (BH) |
| WELLS FARGO BANK, N.A. as Trustee on Behalf of the Registered Certificate Holders of Trust 2004-FF4, Mortgage Pass-Through Certificates, Series 2004-FF4, | ) ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.  Defendant's Rule 41(b) motion to dismiss, or in the alternative, motion

for leave to file a motion to dismiss, filed December 4, 2015 (docket entry 10), is

**DENIED**.

    **SO ORDERED**.

June 7, 2016.

                                        */s/ A. Joe Fish*
                                        **A. JOE FISH**
                                        **Senior United States District Judge**